

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EASTRIVER PARTNERS, INC., individually
and on behalf of all others similarly situated,

                     Plaintiffs,

-v-                                              No. 07 Civ. 10617 (LTS) (GWG)

FOCUS MEDIA HOLDING LIMITED, et al.,

                     Defendants.
-------------------------------------------------------------x
SCOTT BAUER, individually and on behalf
of all others similarly situated,

                     Plaintiffs,

-v-                                              No. 07 Civ. 11479 (LTS) (GWG)

FOCUS MEDIA HOLDING LIMITED, et al.,

                     Defendants.
-------------------------------------------------------------x

## ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPOINTMENT OF LEAD COUNSEL MOTIONS

Plaintiff-Investor Iron Workers Local No. 25 Pension Fund ("Local No. 25") moves the Court to consolidate the two above-captioned putative securities class action lawsuits. Local No. 25 also moves the Court for an order appointing it as lead plaintiff and for approval of its counsel as lead counsel.

According to the affidavit filed in support of Local No. 25's motion, Plaintiff in the Eastriver Partners action published notice of the litigation on November 27, 2007. Pursuant to the 60-day deadline established by 15 U.S.C. § 78u-4(a)(3)(A)(i), it thus appears that no

further motions concerning the appointment of lead plaintiff in this litigation may be filed. Accordingly, it is hereby ORDERED that:

Any and all papers in opposition to Local No. 25's motions must be filed with this Court and served on all parties, with a courtesy copy provided for the Chambers of the undersigned, so as to be received no later than **February 18, 2008**. Any and all reply papers must be filed and served, with a courtesy copy to Chambers, no later than **February 25, 2008**.

A hearing concerning the appointment of a lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(B) and the applications for appointment of lead plaintiffs' counsel and for consolidation will be held in this matter on **March 4, 2008, at 12:30 p.m.** in Courtroom No. 26A[1], Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

---

[1] On the day of the hearing, check the electronic board in the lobby to be certain of the proper courtroom.

The submission and consultation requirements of the Initial Conference Orders previously issued in the above-captioned cases, and the pre-trial conference schedule set by those Orders, are suspended pending further Order of the Court.

The Clerk of Court is respectfully requested to docket this Order in each of the above-captioned actions.

SO ORDERED.

Dated: New York, New York
February 5, 2008

LAURA TAYLOR SWAIN
United States District Judge