USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 6 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
EASTRIVER PARTNERS, INC., Individually : Civil Action No. 1:07-cv-10617-LTS
and On Behalf of All Others Similarly :
Situated, :
 :
                             Plaintiffs, :
 :
                v. :
 :
FOCUS MEDIA HOLDING LIMITED, et al., :
 :
                             Defendant. :
 :
 :
SCOTT BAUER, Individually and On Behalf : Civil Action No. 1:07-cv-11479-LTS
of All Others Similarly Situated, :
 : **STIPULATION AND**
                           Plaintiffs, : **[PROPOSED] ORDER EXTENDING**
 : **TIME TO RESPOND TO COMPLAINTS**
              v. :
 :
FOCUS MEDIA HOLDING LIMITED, et al., :
 :
                            Defendants. :
 :
 :
------------------------------------------------------------x

It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the parties as follows:

1. The time for all Defendants to respond or move against the complaints in the above-captioned actions is extended until after the Court rules on the Motion of Iron Workers Local No. 25 Pension Fund for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel (the "Motion") and a Consolidated Amended Complaint is filed.

2. Sixty (60) days after entry of an Order deciding the Motion, lead plaintiff will file a Consolidated Amended Complaint.

3. Sixty (60) days after the Consolidated Amended Complaint is filed, Defendants will either answer the Consolidated Amended Complaint or move to dismiss the Consolidated Amended Complaint.

4. If any or all of Defendants move to dismiss the Consolidated Amended Complaint, lead plaintiff will file within sixty (60) days papers opposing such motion(s). Defendants will then have thirty (30) days to reply to such opposition(s).

5. The undersigned Defendants hereby waive service of process of the complaint. All other defenses are expressly preserved.

1

Dated: New York, New York
February 22, 2008

        COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP

BY: /s/ Samuel H. Rudman

Samuel H. Rudman
   srudman@csgrr.com
David A. Rosenfeld
   drosenfeld@csgrr.com
Mario Alba Jr.
   malba@csgrr.com
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

*Attorneys for Eastriver Partners, Inc. and Iron Workers Local No. 25 Pension Fund*

BRODSKY & SMITH, LLC

BY: s/ Evan J. Smith

Evan J. Smith, Esquire (ES 3254)
240 Mineola Boulevard
Mineola, NY 11501
Telephone: (516) 741-4799
Facsimile: (516) 741-0626
   esmith@brodsky-smith.com
SCHIFFRIN BARROWAY
 TOPAZ & KESSLER, LLP
Richard A. Maniskas
   rmaniskas@sbtklaw.com
D. Seamus Kaskela
   skaskela@sbtklaw.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

*Attorneys for Scott Bauer*

SIMPSON THACHER & BARTLETT LLP

BY: _____
Bruce D. Angiolillo (BA-9271)
    bangiolillo@stblaw.com
Jonathan K. Youngwood (JY-2234)
    jyoungwood@stblaw.com
Andrew D. W. Cattell (AC-0007)
    acattell@stblaw.com
425 Lexington Avenue
New York, New York 10017-3954
Telephone:    (212) 455-2000
Facsimile:    (212) 455-2502

*Attorneys for Focus Media Holding Limited*

SHEARMAN & STERLING LLP

BY: _____
Herbert S. Washer (HW 2375)
    herbert.washer@shearman.com
Adam S. Hakki (AH 3561)
    ahakki@shearman.com
599 Lexington Avenue
New York, New York 10022
Telephone:    (212) 848-4000
Facsimile:    (212) 848-7179

*Attorneys for Citigroup Global Markets, Inc., Credit Suisse Securities (USA) LLC, and Merrill Lynch & Co., Inc.*

IT IS SO ORDERED:

DATED: 2/26/2008

_____
THE HONORABLE LAURA T. SWAIN
UNITED STATES DISTRICT JUDGE

3