UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
SCOTT BAUER, Individually and On Behalf of All : 
Others Similarly Situated, :
:
         Plaintiff, :
:
  -against- : Case No. 07 CV 11479 (LTS)
:
: **NOTICE OF APPEARANCE**
FOCUS MEDIA HOLDING LIMITED, et al., :
:
         Defendants. :
:
---------------------------------------------------------------- x

      PLEASE TAKE NOTICE that Bruce D. Angiolillo, a member of the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Focus Media Holding Limited in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Please add the following to the service list for this proceeding:

      Bruce D. Angiolillo, Esq. (BA-9271) (bangiolillo@stblaw.com)
      SIMPSON THACHER & BARTLETT LLP
      425 Lexington Avenue
      New York, New York 10017-3954
      (212) 455-2000 (telephone)
      (212) 455-2502 (facsimile)

Dated:      March 4, 2008
            New York, New York

                                        SIMPSON THACHER & BARTLETT LLP

                                        By:   s/ Bruce D. Angiolillo
                                             Bruce D. Angiolillo (BA-9271)
                                               *bangiolillo@stblaw.com*
                                             425 Lexington Avenue
                                             New York, New York 10017-3954
                                             Telephone: (212) 455-2000
                                             Facsimile: (212) 455-2502

                                        Attorneys for Defendant
                                        Focus Media Holding Limited