UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTT BAUER, Individually and On Behalf of All Others Similarly Situated,

      Plaintiff,

-against-

FOCUS MEDIA HOLDING LIMITED, et al.,

      Defendants.

---

Case No. 07 CV 11479 (LTS)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Jonathan K. Youngwood, a member of the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Focus Media Holding Limited in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Please add the following to the service list for this proceeding:

      Jonathan K. Youngwood, Esq. (JY-2234) (jyoungwood@stblaw.com)
      SIMPSON THACHER & BARTLETT LLP
      425 Lexington Avenue
      New York, New York 10017-3954
      (212) 455-2000 (telephone)
      (212) 455-2502 (facsimile)

Dated:      March 4, 2008
                New York, New York

                                      SIMPSON THACHER & BARTLETT LLP

                                      By: _s/ Jonathan K. Youngwood__
                                          Jonathan K. Youngwood (JY-2234)
                                             *jyoungwood@stblaw.com*
                                          425 Lexington Avenue
                                          New York, New York 10017-3954
                                          Telephone: (212) 455-2000
                                          Facsimile: (212) 455-2502

                                      Attorneys for Defendant
                                      Focus Media Holding Limited