UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SCOTT BAUER, Individually and On Behalf of All Others Similarly Situated, | :<br>:<br>: |
| Plaintiff, | : |
| -against- | : Case No. 07 CV 11479 (LTS) |
| | : **NOTICE OF APPEARANCE** |
| FOCUS MEDIA HOLDING LIMITED, et al., | : |
| Defendants. | : |

---

PLEASE TAKE NOTICE that Andrew D. W. Cattell, an associate with the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Focus Media Holding Limited in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Please add the following to the service list for this proceeding:

>Andrew D. W. Cattell, Esq. (AC-0007) (acattell@stblaw.com)
>SIMPSON THACHER & BARTLETT LLP
>425 Lexington Avenue
>New York, New York 10017-3954
>(212) 455-2000 (telephone)
>(212) 455-2502 (facsimile)

Dated: March 4, 2008
       New York, New York

                      SIMPSON THACHER & BARTLETT LLP

                      By: s/ Andrew D. W. Cattell
                         Andrew D. W. Cattell (AC-0007)
                           *acattell@stblaw.com*
                         425 Lexington Avenue
                         New York, New York 10017-3954
                         Telephone: (212) 455-2000
                         Facsimile: (212) 455-2502

                      Attorneys for Defendant
                      Focus Media Holding Limited