UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
SCOTT BAUER, Individually and On Behalf of All  :
Others Similarly Situated,                      :
                                                :
         Plaintiff,                          :
                                                :
       -against-                                : Case No. 07 CV 11479 (LTS)
                                                :
FOCUS MEDIA HOLDING LIMITED, et al.,            :
                                                :
         Defendants.                         :
                                                :
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Peter Hartofilis, hereby certify under the penalty of perjury that on March 4, 2008 I personally served a true and correct copy of the attached:

- **NOTICE OF APPEARANCE OF BRUCE D. ANGIOLILLO**
- **NOTICE OF APPEARANCE OF JONATHAN K. YOUNGWOOD**
- **NOTICE OF APPEARANCE OF ANDREW D. W. CATTELL**

By First Class Mail upon:

D. Seamus Kaskela
Richard A. Maniskas
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Rd.
Radnor, PA 19087

Dated: New York, New York
       March 4, 2008

                                                                                          Peter Hartofilis